1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10

11   JEFF WALKER,

12                    Plaintiff,

13        v.

14   ROBLES, et al.,

15                    Defendants.

16

**Case No.  1:16-cv-01886-AWI-JLT (PC)**

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*; AND ORDERING PLAINTIFF TO PAY THE FILING FEE IN FULL**

**(Docs. 2, 7, 8, 9)**

**21-DAY DEADLINE**

17

18        Plaintiff filed a motion to proceed *in forma pauperis* along with this civil rights action

19   pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On June 12, 2017, the Magistrate Judge issued Findings and Recommendations to deny

22   Plaintiff's application to proceed *in forma pauperis* based on his untrue poverty allegation.  (Doc.

23   9.)  The Findings and Recommendations were served on Plaintiff on that same date and allowed

24   for objections to be filed within twenty-one days.  (*Id.*)  More than a month has now lapsed and

25   Plaintiff has not filed any objections.

26        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

27   *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the

28   Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, **IT IS HEREBY ORDERED** that:

1.    the Findings and Recommendations, issued on June 12, 2017 (Doc. 9), are adopted in full;

2.    Plaintiff's application to proceed *in forma pauperis*, filed on December 19, 2016 (Doc. 2), is DENIED;

3.    within twenty-one days of the date of service of this order, Plaintiff is required to pay in full the $400.00 filing fee for this action; and

4.    Plaintiff's failure to comply with this order shall result in the dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated:   August 1, 2017                    

SENIOR  DISTRICT  JUDGE